

# Fourth Court of Appeals
## San Antonio, Texas

June 20, 2018

No. 04-17-00707-CR

John Albert **SANTOS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR10728
Honorable Jefferson Moore, Judge Presiding

# O R D E R

After we granted Appellant's first motion for extension of time to file the brief, Appellant's brief was due on June 18, 2018. *See* TEX. R. APP. P. 38.6(a). One day later, Appellant filed a second motion for a thirty-day extension of time to file the brief.

Appellant's motion is GRANTED. Appellant's brief or a motion to dismiss this appeal is due on July 18, 2018.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of June, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court